**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
JONG JA KIM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JONG JA KIM,

          Plaintiff,

    vs.

BOXTON INVESTMENTS, LLC; BORIS
B. LEVIN; and DOES 1 through 10,

          Defendants.

**Case No.: 2:19-cv-10741 RSWL (ASx)**

**NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT
BOXTON INVESTMENTS, LLC**

     **PLEASE TAKE NOTICE** that Plaintiff JONG JA KIM ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant BOXTON INVESTMENTS, LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

(i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  February 12, 2020     SO. CAL. EQUAL ACCESS GROUP

By:     _/s/  Jason J. Kim_

Jason J. Kim
Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**