**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JONG JA KIM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG JA KIM,<br><br>          Plaintiff,<br><br>     vs.<br><br>BOXTON INVESTMENTS, LLC;<br>BORIS B. LEVIN; and DOES 1<br>through 10,<br><br>          Defendants. | **Case No.: 2:19-cv-10741 RSWL (ASx)**<br>Hon. Ronald S. W. Lew<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JONG JA KIM ("Plaintiff") and Defendant BORIS B. LEVIN stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED:  November 30, 2020   SO. CAL. EQUAL ACCESS GROUP

By:   /s/  Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

DATED: November 30, 2020   ROSSF WERSCHING AND WOLCOTT LLP

By:  /s/ Robert M. Dickson
Robert M. Dickson, Esq.
Attorneys for Defendant

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 30, 2020          By:  /s/ Jason J. Kim
Jason J. Kim